# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2014

150388 & (15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL DEMIL,
        Plaintiff/
        Counter Defendant-Appellee,
and

HENRI JAMES DEMIL, SARAH MAE DEMIL,
HANNAH RENE DEMIL and SAVANNAH
LYNN DEMIL,
        Plaintiffs,

v

RMD HOLDINGS, LTD. and ROBERT E.
DEMIL,
        Defendants/
        Counter Plaintiffs-Appellants.

SC: 150388
COA: 324182
Macomb CC: 2012-000889-CK

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 6, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2014

t1118

Clerk